**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SERGEY CHERNYSH, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civ. A. No. 2:20-cv-02706-ARR-ARL |
| v. | |
| CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, AND GAIL S. PAGE, | |
| Defendants. | |
| JAMES GOWEN, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civ. A. No. 2:20-cv-02758-ARR-ARL |
| v. | |
| CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, AND GAIL S. PAGE, | |
| Defendants. | |
| ANTHONY BAILEY, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civ. A. No. 2:20-cv-02961-ARR-ARL |
| v. | |
| CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, GAIL S. PAGE, AND NEIL. A GOLDMAN | |
| Defendants. | |

**NOTICE OF MOTION AND MOTION OF JAY PATEL FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Allyne R. Ross, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, Jay Patel ("Patel"), by counsel, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), will respectfully move this Court for an Order: (i) consolidating the above captioned related securities actions (the "Related Action"); (ii) appointing Patel as Lead Plaintiff in the Related Actions; (iii) approving Patel's selection of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") to serve as Lead Counsel for the class, and (iv) for any such further relief as the Court may deem just and proper.

In support of his Motion, Patel submits his Memorandum of Law in Support of the Motion of Jay Patel for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of His Selection of Lead Counsel, and the Declaration of Jeffrey P. Campisi in Support of the Motion of Jay Patel for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of His Selection of Lead Counsel, dated August 17, 2020.  This Motion is made on the grounds that the Related Actions should be consolidated because they assert substantially the same claim and involve common questions of law and fact. Furthermore, Patel believes he is the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Mr. Patel believes that he has the "largest financial interest" in the relief sought by the class in the Action as a result of the substantial loss he suffered on its purchases of Chembio Diagnostics, Inc. securities during the Class Period (March 12, 2020 through June 16, 2020).  Mr. Patel also believes that he otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of those of other class members and because he will fairly and adequately represent the interests of the class.

WHEREFORE, Mr. Patel respectfully requests that the Court: (1) consolidate the Related Actions; (2) appoint him  as Lead Plaintiff for the Related Actions in accordance with the PSLRA; (3) approve his selection of Kaplan Fox to serve as Lead Counsel for the Class; and (4) grant any such further relief that the Court may deem just and proper.

Dated:  August 17, 2020

Respectfully submitted,

*/s/ Jeffrey P. Campisi*

Donald R. Hall
Jeffrey P. Campisi
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
dhall@kaplanfox.com
jcampisi@kaplanfox.com

*Attorneys for Movant Jay Patel*

**CERTIFICATE OF SERVICE**

I, Jeffrey P. Campisi, hereby certify that, on August 17, 2020, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

*/s/ Jeffrey P. Campisi*
Jeffrey P. Campisi