**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SERGEY CHERNYSH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, AND GAIL S. PAGE,<br><br>Defendants. | Civ. A. No. 2:20-cv-02706-ARR-ARL |
| JAMES GOWEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, AND GAIL S. PAGE,<br><br>Defendants. | Civ. A. No. 2:20-cv-02758-ARR-ARL |
| ANTHONY BAILEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, GAIL S. PAGE, AND NEIL. A GOLDMAN<br><br>Defendants. | Civ. A. No. 2:20-cv-02961-ARR-ARL |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF THE MOTION OF JAY PATEL FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

I, JEFFREY P. CAMPISI, declare the following under the penalty of perjury:

1.    I am a partner of the law firm of Kaplan Fox & Kilsheimer LLP and am admitted to this Court and am in good standing.

2.    I respectfully submit this Declaration in Support of the Motion of Jay Patel for: (1) Consolidation of the Related Actions; (2) Appointment as Lead Plaintiff; and (3) Approval of Lead Plaintiff's selection of Lead Counsel.  I have personal knowledge of the matters set forth below and if called as a witness in this matter, I could and would competently testify to the matters set forth below.

3.    Attached hereto are true and correct copies of the following documents:

Exhibit A:    June 18, 2020 Notice of Pendency of this Class Action on *Globe Newswire*;

Exhibit B:    Jay Patel's sworn certification pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit C:    Chart of Jay Patel's Losses prepared by counsel; and

Exhibit D:    Firm resume of Kaplan Fox & Kilsheimer LLP.

Dated: August 17, 2020

/s/        *Jeffrey P. Campisi*
JEFFREY P. CAMPISI

# CERTIFICATE OF SERVICE

I, Jeffrey P. Campisi, hereby certify that, on August 17, 2020, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

/s/      *Jeffrey P. Campisi*
JEFFREY P. CAMPISI