# EXHIBIT B

## CERTIFICATION

I, Jay Patel, hereby certify and swear as follows:

1. I have reviewed a complaint against Chembio Diagnosics, Inc. alleging violations of the securities laws and authorize the filing of a lead plaintiff motion;

2. I am willing to serve as a representative party on behalf of a class, or to be a member of a group representing a class, including providing testimony at deposition and trial, if necessary;

3. I have not within the 3-year period preceding the date hereof sought to serve, or served, as a representative party on behalf of a class in an action brought under the federal securities laws;

4. My transactions in Chembio Diagnostics, Inc. securities during the proposed class period are set in the attached Schedule A.

5. I did not purchase Chembio Diagnostics, Inc. securities at the direction of my counsel or in order to participate in any private action under the federal securities laws; and

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June __, 2020
      6/22/2020

DocuSigned by:
Jay Patel
F9D09GD8A010450
JAY PATEL

## Schedule A

### Transactions in Chembio Diagnostics, Inc.

| Security Description | CUSIP | Transaction | Trade Date | Quantity | Price |
|---|---|---|---|---|---|
| **Common Stock:** | | | | | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 4/15/2020 | 750 | $10.01 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 4/15/2020 | 1,000 | $9.70 |
| Chembio Diagnostics, Inc. | 163572209 | Sell | 4/17/2020 | (1,749) | $11.66 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 4/27/2020 | 400 | $13.46 |
| Chembio Diagnostics, Inc. | 163572209 | Sell | 4/27/2020 | (400) | $13.56 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/6/2020 | 3,000 | $13.37 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/7/2020 | 700 | $11.85 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/7/2020 | 925 | $11.89 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/7/2020 | 15 | $11.84 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/7/2020 | 1,500 | $11.84 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/7/2020 | 3,000 | $11.86 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/7/2020 | 760 | $12.00 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/8/2020 | 800 | $11.72 |
| Chembio Diagnostics, Inc. | 163572209 | Sell | 5/11/2020 | (750) | $12.29 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/12/2020 | 1 | $11.74 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/12/2020 | 76 | $11.54 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/12/2020 | 100 | $11.51 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/12/2020 | 600 | $11.51 |
| Chembio Diagnostics, Inc. | 163572209 | Sell | 5/12/2020 | (228) | $11.82 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/13/2020 | 1 | $11.61 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/13/2020 | 1 | $11.61 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/13/2020 | 22 | $11.61 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/13/2020 | 25 | $11.65 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/13/2020 | 2 | $11.65 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/13/2020 | 215 | $11.57 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/14/2020 | 37 | $12.61 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/14/2020 | 1 | $12.58 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/14/2020 | 13 | $12.58 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/15/2020 | 20 | $12.26 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/15/2020 | 2 | $12.48 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/18/2020 | 1 | $12.32 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/18/2020 | 2 | $12.41 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/18/2020 | 2 | $12.39 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/18/2020 | 2 | $12.87 |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/20/2020 | 1 | $11.29 |
| | | | | | |
| **Options:** | | | | | |
| CEMI Aug 21 '20 $12.50 Call | | Buy Open | 5/9/2020 | 3 | $2.95 |
| CEMI Aug 21 '20 $12.50 Call | | Sell to Close | 5/12/2020 | (3) | $2.65 |