# EXHIBIT C

# Jay Patel

## Estimated Losses in Chembio Diagnostics, Inc. (NYSE: CEMI) - Class period: 3/12/2020 - 6/16/2020

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **CHEMBIO DIAGNOSTICS, INC.** | | | | | | | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 4/15/2020 | 750 | $10.0146 | $7,510.95 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 4/15/2020 | 1,000 | $9.6980 | $9,698.00 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 4/27/2020 | 400 | $13.4550 | $5,382.00 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/6/2020 | 3,000 | $13.3744 | $40,123.20 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/7/2020 | 700 | $11.8500 | $8,295.00 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/7/2020 | 925 | $11.8926 | $11,000.66 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/7/2020 | 15 | $11.8429 | $177.64 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/7/2020 | 1,500 | $11.8351 | $17,752.65 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/7/2020 | 3,000 | $11.8649 | $35,594.70 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/7/2020 | 760 | $11.9980 | $9,118.48 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/8/2020 | 800 | $11.7167 | $9,373.36 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/12/2020 | 1 | $11.7400 | $11.74 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/12/2020 | 76 | $11.5400 | $877.04 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/12/2020 | 100 | $11.5050 | $1,150.50 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/12/2020 | 600 | $11.5100 | $6,906.00 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/13/2020 | 1 | $11.6075 | $11.61 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/13/2020 | 1 | $11.6075 | $11.61 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/13/2020 | 22 | $11.6075 | $255.37 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/13/2020 | 25 | $11.6503 | $291.26 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/13/2020 | 2 | $11.6500 | $23.30 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/13/2020 | 215 | $11.5700 | $2,487.55 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/14/2020 | 37 | $12.6072 | $466.47 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/14/2020 | 1 | $12.5831 | $12.58 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/14/2020 | 13 | $12.5750 | $163.48 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/15/2020 | 20 | $12.2600 | $245.20 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/15/2020 | 2 | $12.4800 | $24.96 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/18/2020 | 1 | $12.3150 | $12.32 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/18/2020 | 2 | $12.4100 | $24.82 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/18/2020 | 2 | $12.3945 | $24.79 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/18/2020 | 2 | $12.8700 | $25.74 | |
| Chembio Diagnostics, Inc. | 163572209 | Buy | 5/20/2020 | 1 | $11.2900 | $11.29 | |
| | | | | *13,974* | | *$167,064.24* | |
| | | | | | | | |
| Chembio Diagnostics, Inc. | 163572209 | Sell | 4/17/2020 | (1,749) | $11.6600 | ($20,393.34) | |
| Chembio Diagnostics, Inc. | 163572209 | Sell | 4/27/2020 | (400) | $13.5560 | ($5,422.40) | |
| Chembio Diagnostics, Inc. | 163572209 | Sell | 5/11/2020 | (750) | $12.2900 | ($9,217.50) | |
| Chembio Diagnostics, Inc. | 163572209 | Sell | 5/12/2020 | (228) | $11.8213 | ($2,695.26) | |
| Chembio Diagnostics, Inc. | 163572209 | Retained* | | (10,847) | $4.6500 | ($50,438.55) | |
| | | | | *(13,974)* | | *($88,167.05)* | $78,897.20 |
| | | | | | | | |
| CEMI Aug 21 '20 $12.50 Call | | Buy Open | 5/9/2020 | 3 | $2.9500 | $885.00 | |
| | | | | *3* | | *$885.00* | |
| | | | | | | | |
| CEMI Aug 21 '20 $12.50 Call | | Sell to Close | 5/12/2020 | (3) | $2.6500 | ($795.00) | |
| | | | | *(3)* | | *($795.00)* | $90.00 |
| | | | | | | | |
| | | | | | | Total Estimated Losses | **$78,987.20** |

*indicates average closing price from 6/17/2020 through 8/13/2020 (90-day lookback period)