**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGEY CHERNYSH, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, AND GAIL S. PAGE,<br><br>Defendants. | **CASE No.: 2:20-cv-02706-ARR-ARL**<br><br>**NOTICE OF MOTION AND MOTION OF CRAIG ENGEL TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**CLASS ACTION** |
| JAMES GOWEN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, and GAIL S. PAGE,<br><br>Defendants. | **CASE No.: 2:20-cv-02758-ARR-ARL**<br><br>**CLASS ACTION** |

[Additional caption on next page]

1

| | |
|---|---|
| ANTHONY BAILEY, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>CHEMBIO DIAGNOSTICS, INC.,<br>RICHARD L. EBERLY, GAIL S. PAGE,<br>and NEIL A. GOLDMAN,<br><br>   Defendants. | CASE No.: 2:20-cv-02961-ARR-ARL<br><br>**CLASS ACTION** |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Movant Craig Engel ("Movant") hereby moves this Court, the Honorable Allyne R. Ross, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

   (a)  consolidating the related actions;

   (b)  appointing Movant to serve as Lead Plaintiff in this action; and

   (c)  approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated August 17, 2020 (and exhibits); and (ii) a [Proposed] Order, Consolidating Related Actions, Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

2

Dated: August 17, 2020

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim