# EXHIBIT 3

**Chembio Diagnostics, Inc. Loss Chart**
**Class Period: March 12, 2020 through June 16, 2020**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $4.66 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Engel, Craig | 5/18/2020 | 5,000 | ($12.24) | ($61,220.00) | 6/17/2020 | 5,000 | $3.93 | $19,670.00 | 0 | $0.00 | ($41,550.00) | |