**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SERGEY CHERNYSH, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, and GAIL S. PAGE,<br><br>  Defendants. | Case No.: 2:20-cv-02706-ARR<br><br>Hon. Allyne R. Ross |
| JAMES GOWEN, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, and GAIL S. PAGE,<br><br>  Defendants. | Case No.: 2:20-cv-02758-ARR<br><br>Hon. Allyne R. Ross |
| ANTHONY BAILEY, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, GAIL S. PAGE, and NEIL A. GOLDMAN,<br><br>  Defendants. | Case No.: 2:20-cv-02961-ARR<br><br>Hon. Allyne R. Ross |

*Caption continued on next page*

SPECIAL SITUATIONS FUND III QP,
L.P. SPECIAL SITUATIONS CAYMAN
FUND, L.P., AND SPECIAL SITUATIONS
PRIVATE EQUITY FUND, L.P.,, Individually
and On Behalf of All Others Similarly
Situated,

     Plaintiff,

v.

CHEMBIO DIAGNOSTICS, INC.,
RICHARD L. EBERLY, GAIL S. PAGE,
ROBERT W. BAIRD & CO. INC., and
DOUGHERTY & COMPANY LLC.

     Defendants.

Case No.: 2:20-cv-02961-ARR

Hon. Allyne R. Ross

## NOTICE OF MOTION OF MICHAEL T. DOLAN FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND  APPROVAL OF SELECTION OF COUNSEL

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Michael T. Dolan ("Mr. Dolan") respectfully moves this Court for an order: (1) consolidating the above captioned related actions (the "Actions"); (2) appointing Mr. Dolan as lead plaintiff pursuant to §21D of the Securities Exchange Act of 1934 ("Exchange Act"), and §27 of the Securities Act of 1933 ("Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving Mr. Dolan's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Mr. Dolan seeks consolidation of the Actions, appointment as lead plaintiff, and approval of his choice of counsel pursuant to Exchange and Securities Acts, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration of Shannon L. Hopkins in support thereof, and the Court's complete files

2

and records in this action, as well as such for this argument as the Court may allow at a hearing on this motion.

Dated: August 17, 2020

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Lead Counsel for Michael T. Dolan and*
*[Proposed] Lead Counsel for the Class*