**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SERGEY CHERNYSH, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, and GAIL S. PAGE, <br> Defendants. | Case No. 2:20-CV-02706-ARR-ARL |
| JAMES GOWEN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, and GAIL S. PAGE, <br><br> Defendants. | Case No. 2:20-CV-02758-ARR-ARL |

*[Caption continues on next page]*

| | |
|---|---|
| ANTHONY BAILEY, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, GAIL S. PAGE, and NEIL A. GOLDMAN,<br><br>　　　　　　　　　Defendants. | Case No. 2:20-CV-02961-ARR-ARL |

**NOTICE OF BENJAMIN WALLACE'S MOTION FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, Benjamin Wallace ("Wallace") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") for entry of an Order (1) consolidating the above-captioned actions; (2) appointing Wallace as Lead Plaintiff in the above-captioned actions; and (3) approving Wallace's selection of Faruqi & Faruqi, LLP as Lead Counsel for the Class.

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of Richard W. Gonnello and exhibits filed therewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Wallace respectfully requests that the Court (1) consolidate the above-captioned actions; (2) appoint Wallace as Lead Plaintiff pursuant to the PSLRA; (3) approve Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.


Dated:  August 17, 2020                     Respectfully submitted,


                                            **FARUQI & FARUQI, LLP**

                                            By:     */s/ Richard W. Gonnello*
                                                    Richard W. Gonnello

                                            Richard W. Gonnello
                                            Katherine Lenahan
                                            685 Third Avenue, 26th Floor
                                            New York, NY 10017
                                            Ph: (212) 983-9330
                                            Fx: (212) 983-9331
                                            E-mail: rgonnello@faruqilaw.com
                                                    klenahan@faruqilaw.com

1

*Attorneys for [Proposed] Lead Plaintiff Benjamin Wallace and [Proposed] Lead Counsel for the putative Class*