**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SERGEY CHERNYSH, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, and GAIL S. PAGE, <br> Defendants. | Case No. 2:20-CV-02706-ARR-ARL |
| JAMES GOWEN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, and GAIL S. PAGE, <br><br> Defendants. | Case No. 2:20-CV-02758-ARR-ARL |

*[Caption continues on next page]*

| | |
|---|---|
| ANTHONY BAILEY, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   v.<br><br>CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, GAIL S. PAGE, and NEIL A. GOLDMAN,<br><br>       Defendants. | Case No. 2:20-CV-02961-ARR-ARL |

**[PROPOSED] ORDER GRANTING BENJAMIN WALLACE'S MOTION FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**

WHEREAS, the above-captioned putative class actions asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") have been filed in the Eastern District of New York; and

WHEREAS, Benjamin Wallace ("Wallace") filed a timely motion to be appointed Lead Plaintiff; and

WHEREAS, Wallace has the largest financial interest in the relief sought by the Class and otherwise satisfies the requirements of Section 21D of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Wallace seeks approval of his selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class.

AND NOW THIS _____ day of _____, the Court having considered Wallace's Motion for (1) Consolidation; (2) Appointment as Lead Plaintiff; and (3) Approval of Lead Counsel, and all supporting documents, and good cause appearing therefore, it is hereby **ORDERED** as follows:

### CONSOLIDATION

1. Wallace's motion to consolidate the above-captioned actions (the "Consolidated Action") is GRANTED.

2. Pursuant to Fed. R. Civ. P. 42(a), the actions are to be consolidated for all purposes, including, without limitation, discovery, pretrial proceedings, and trial.

3. Every pleading filed in the Consolidated Action shall bear the following caption:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: CHEMBIO DIAGNOSTICS, INC. SECURITIES LITIGATION | Case No. 2:20-CV-02706-ARR-ARL |
| | CLASS ACTION |
| This Document Relates To: | |

4.    The Civil Action No: 2:20-CV-02706-ARR-ARL shall constitute the master file for every action in the Consolidated Action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" in the caption.  When a pleading applies only to some, but not all, of the actions the document shall list, immediately after the phrase "This Document Relates To:" the docket number for each individual action to which the document applies, along with the last name of the first listed plaintiff in that action.

5.    All related actions subsequently filed in, or transferred to, this District shall be consolidated into the Consolidated Action and subject to this order.

6.    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action with good cause shown.

## LEAD PLAINTIFF

7.    The motion of Wallace to serve as Lead Plaintiff in the Action is GRANTED. Pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), Wallace is appointed as Lead Plaintiff for the putative Class.

## LEAD COUNSEL

8.    The motion of Wallace for approval of his counsel to serve as Lead Counsel is GRANTED.  Pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Faruqi & Faruqi, LLP is approved to serve the Lead Plaintiff and the Class as Lead Counsel.

2

IT IS SO ORDERED.

DATED: _____

_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

3