# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGEY CHERNYSH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, and GAIL S. PAGE, <br><br> Defendants. | Case No. 2:20-cv-02706-ARR-ARL <br><br><br> **[PROPOSED] ORDER** |
| JAMES GOWEN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, and GAIL S. PAGE, <br><br> Defendants. | Case No. 2:20-cv-02758-ARR-ARL |
| ANTHONY BAILEY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, GAIL S. PAGE, and NEIL A. GOLDMAN, <br><br> Defendants. | Case No. 2:20-cv-02961-ARR-ARL |

Having considered the motion of A. Majeed Qasim for consolidation of related actions, appointment as lead plaintiff, and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Chembio Diagnostics, Inc. Securities Litigation*, Master File No. 2:20-cv-02706-ARR-ARL;

3.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints A. Majeed Qasim as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2020    _____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

1