UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SERGEY CHERNYSH, on Behalf of Himself and All Others Similarly Situated,

                   Plaintiff,

    vs.

CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY and GAIL S. PAGE,

                   Defendants.

Civil Action No. 2:20-cv-02706-ARR-ARL

<u>CLASS ACTION</u>

---

JAMES GOWEN, Individually and on Behalf of All Others Similarly Situated,

                   Plaintiff,

    vs.

CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY and GAIL S. PAGE,

                   Defendants.

Civil Action No. 2:20-cv-02758-ARR-ARL

<u>CLASS ACTION</u>

---

ANTHONY BAILEY, Individually and on Behalf of All Others Similarly Situated,

                   Plaintiff,

    vs.

CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, GAIL S. PAGE and NEIL A. GOLDMAN,

                   Defendants.

Civil Action No. 2:20-cv-02961-ARR-ARL

<u>CLASS ACTION</u>

---

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4811-2528-7368.v1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Municipal Employees' Retirement System of Michigan ("MERS") respectfully moves this Court for an order pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), consolidating the Related Actions, appointing MERS as Lead Plaintiff, and approving MERS' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.[1]   In support of this Motion, MERS submits the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  August 17, 2020            Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
VINCENT M. SERRA


                                 *s/ David A. Rosenfeld*
                                 DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

---

[1]   The Related Cases are *Chernysh v. Chembio Diagnostics, Inc.*, No. 2:20-cv-02706-ARR-ARL (E.D.N.Y.), *Gowen v. Chembio Diagnostics, Inc.*, No. 2:20-cv-02758-ARR-ARL (E.D.N.Y.), and *Bailey v. Chembio Diagnostics, Inc.*, No. 2:20-cv-02961-ARR-ARL (E.D.N.Y.).

- 1 -

4811-2528-7368.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

4811-2528-7368.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 17, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4811-2528-7368.v1

# Mailing Information for a Case 2:20-cv-02706-ARR-ARL Chernysh v. Chembio Diagnostics, Inc. et. al.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey P. Campisi**
  jcampisi@kaplanfox.com

- **Joanna A Diakos**
  Joanna.DiakosKordalis@klgates.com,joanna-diakos-kordalis-7650@ecf.pacerpro.com,klgateseservice@klgates.com

- **Shannon Lee Hopkins**
  shopkins@zlk.com,shalliday@zlk.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jennifer Ann Randolph**
  jrandolph@lowenstein.com,bfierro@lowenstein.com,claferriere@lowenstein.com

- **Jason Aron Uris**
  juris@kaplanfox.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)