UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ──────────────────────── x | |
| SERGEY CHERNYSH, on Behalf of Himself and All Others Similarly Situated, : | Civil Action No. 2:20-cv-02706-ARR-ARL |
| : | CLASS ACTION |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY and GAIL S. PAGE, : | |
| : | |
| Defendants. : | |
| ──────────────────────── : | |
| JAMES GOWEN, Individually and on Behalf of All Others Similarly Situated, : | Civil Action No. 2:20-cv-02758-ARR-ARL |
| : | CLASS ACTION |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY and GAIL S. PAGE, : | |
| : | |
| Defendants. : | |
| ──────────────────────── : | |
| ANTHONY BAILEY, Individually and on Behalf of All Others Similarly Situated, : | Civil Action No. 2:20-cv-02961-ARR-ARL |
| : | CLASS ACTION |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| CHEMBIO DIAGNOSTICS, INC., RICHARD L. EBERLY, GAIL S. PAGE and NEIL A. GOLDMAN, : | |
| : | |
| Defendants. : | |
| ──────────────────────── x | |

[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED
ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD
PLAINTIFF' SELECTION OF LEAD COUNSEL

4836-5864-8008.v1

Having considered Municipal Employees' Retirement System of Michigan's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED.

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Chernysh v. Chembio Diagnostics, Inc.*, No. 2:20-cv-02706-ARR-ARL (E.D.N.Y.), *Gowen v. Chembio Diagnostics, Inc.*, No. 2:20-cv-02758-ARR-ARL (E.D.N.Y.), and *Bailey v. Chembio Diagnostics, Inc.*, No. 2:20-cv-02961-ARR-ARL (E.D.N.Y.) are consolidated as:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re CHEMBIO DIAGNOSTICS, INC. SECURITIES LITIGATION | ) ) ) ) | Case No. 2:20-cv-02706-ARR-ARL <br><br> CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) | |

3.      The file in Case No. 2:20-cv-02706-ARR-ARL shall constitute the master file for every action in the consolidated action.  The docket in the other actions shall be administratively closed.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

- 1 -

4836-5864-8008.v1

4.      All securities class actions relating to the same (or substantially similar) alleged wrongdoing by defendants on behalf of the same (or substantially similar) putative class that is subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent a Court Order. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

5.      Municipal Employees' Retirement System of Michigan is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

6.      Municipal Employees' Retirement System of Michigan's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class: the preparation and filing of all pleadings; the briefing and argument of all motions; the conduct of all discovery proceedings including depositions; the selection of counsel to act as spokesperson at all pretrial conferences; settlement negotiations; the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and the supervision of all other matters concerning the prosecution or resolution of the action.

IT IS SO ORDERED.

DATED: _____     _____
                                  THE HONORABLE ALLYNE R. ROSS
                                  UNITED STATES DISTRICT COURT JUDGE

- 2 -

4836-5864-8008.v1