# EXHIBIT 2



**Lawrence M. Rolnick**
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

**T**: 973 597 2468
**F**: 973 597 2469
**E**: lrolnick@lowenstein.com

July 31, 2020

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENTS COMMUNICATION**
**ATTORNEY WORK PRODUCT**

Austin Marxe
Special Situations Fund
527 Madison Avenue
Suite 2600
New York, NY  10022

**Re:**    **Marrone Bio Innovations, Inc. Securities Litigation**

Dear Austin:

<u>**LEGAL REPRESENTATION AGREEMENT**</u>

July 31, 2020
Page 2





(f)    **Substitution of New Counsel.**  Clients have been notified that the Securities Litigation Group is forming a new law firm, Rolnick Kramer Sadighi LLP ("RKS") and it is Clients' intent to terminate Lowenstein Sandler, LLP and retain RKS ("Substitution of Counsel") upon their departure from Lowenstein Sandler, LLP.  Upon the Substitution of Counsel, RKS and Counsel will take all steps necessary to effect the Substitution of Counsel and Clients expressly consent to same.

Very truly yours,


Lawrence M. Rolnick

LMR:ba


By: _____        Dated: ___8/10/20___
~~Austin Marxe~~
Authorized Signatory
DAVID M. GREENHOUSE

-3-

**LS  Lowenstein Sandler**