# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SERGEY CHERNYSH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>CHEMBIO DIAGNOSTICS, INC. et al.,<br><br>Defendants. | **CONSOLIDATED CLASS ACTION**<br><br>Case No.: 20-cv-02706-ARR-ARL<br><br>Consolidated with:<br><br>Case No.: 20-cv-02758-ARR-ARL<br>Case No.: 20-cv-02961-ARR-ARL<br>Case No.: 20-cv-03753-ARR-ARL |

**[PROPOSED] ORDER REVISING THE DECEMBER 29, 2020 OPINION AND ORDER *NUNC PRO TUNC***

Upon the letter application of co-Lead Plaintiffs Special Situations Fund III QP, L.P., Special Situations Cayman Fund, L.P., and Special Situations Private Equity Fund, L.P. (the "Funds" or "co-Lead Plaintiffs") pursuant to Fed. R. Civ. P. 60(a), dated January 6, 2020, and all exhibits thereto; and the Court having entered a December 29, 2020 Order (the "Opinion and Order") appointing the Funds co-Lead Plaintiffs of the above-captioned consolidated class action (the "Class Action"), and approving the Funds' selection of Lead Counsel for the Class; and the Opinion and Order having inadvertently referenced Lowenstein Sandler LLP as the Funds' selection of Lead Counsel in the Class Action; and the Funds instead having selected Rolnick Kramer Sadighi LLP ("RKS") to serve as Lead Counsel in the Class Action; and the Court having intended to effectuate the Funds' selection of Lead Counsel in the Opinion and Order, it is hereby

1

**ORDERED** that the Opinion and Order is revised *nunc pro tunc* to appoint the Funds' selected counsel at RKS as co-lead counsel in the Class Action and remove any reference therein to Lowenstein Sandler LLP.


Dated:  January __, 2021


_____
Hon. Arlene R. Lindsay
United States Magistrate Judge