# K&L GATES

July 29, 2022

Joanna A. Diakos
Tel. 212-536-4807

joanna.diakos@klgates.com

**BY ECF**

Honorable Allyne R. Ross
United States District Court for the Eastern
District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *In re Chembio Diagnostics, Inc. Securities Litigation,*  2:20-cv-02706-ARR-JMW

Dear Judge Ross:

We write jointly on behalf of Defendants Chembio Diagnostics, Inc., Gail S. Page, Neil A. Goldman, Katherine L. Davis, Mary Lake Polan, and John Potthoff (collectively, the "Chembio Defendants") and Defendants Robert W. Baird & Co. Inc. and Dougherty & Company LLC (the "Underwriter Defendants") (together, with the Chembio Defendants, "Defendants") to respectfully request an enlargement in the Defendants' time to respond to the Second Amended Complaint, which was filed by Plaintiffs on July 26, 2022 (Dckt #107). The Chembio Defendants' response to the Second Amended Complaint is presently due on August 9, 2022. On April 26, 2022 the Court entered on order on the docket providing that the Underwriter Defendants' answer would be due "within three weeks of [P]laintiffs serving the amended complaint." As a result, the Underwriter Defendants' response to the Second Amended Complaint is due on August 16, 2022. Defendants would like to further extend their deadline to respond to the Second Amended Complaint to August 23, 2022, so that they have sufficient time to prepare their responses and are on the same schedule. No previous requests for an extension in the time to respond to the Second Amended Complaint have been made by the Defendants and Plaintiffs consent to the extension.

Thank you for your consideration of this request.

Respectfully yours,

*/s/ Joanna A. Diakos*
Joanna A. Diakos

c:   All counsel of record (via ECF)