

August 30, 2022

**Via E-mail**

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *In re Chembio Diagnostics, Inc. Sec. Litig.*, **No. 2:20-cv-02706 (Consolidated)**

Dear Judge Ross:

We represent Chembio Diagnostics, Inc. ("Chembio"), Richard L. Eberly, Gail S. Page, Neil A. Goldman, Javan Esfandiari, Katherine L. Davis, Dr. Mary Lake Polan, and Dr. John G. Potthoff (collectively, the "Chembio Defendants")[1] in the above-captioned action and write to inform the Court that the parties have reached an agreement in principle to settle this putative class action, subject to final documentation and Court approval.

Because the parties have reached a settlement in principle of this action, I am writing to request a stay of all proceedings in this matter, including the obligation of the Chembio Defendants and defendants Robert W. Baird & Co., Inc. and Dougherty & Company LLC (collectively, the "Underwriter Defendants," and together with the Chembio Defendants, the "Defendants") to respond to the Second Consolidated Amended Complaint ("SAC").

Lead Plaintiffs and Defendants (together, the "Parties") convened an in-person mediation before JAMS mediator Jed Melnick, Esq. on July 14, 2022. Although the Parties were unable to resolve the matter during that session, they continued their discussions though Mr. Melnick and on August 26, 2022 reached agreement on the financial terms of a proposed settlement in principle.  The Parties will now undertake the task of preparing a formal Stipulation of Settlement setting forth the terms of the proposed settlement, as well as the related documents which will be submitted to the Court together with the parties' Stipulation for approval.

The Parties agree that it is in their best interests and in the interest of judicial efficiency to stay all proceedings in this matter so that the Parties may focus their efforts on preparing the Stipulation and related papers. The Parties anticipate that the necessary documentation will be submitted to the Court within the next 45 days.

The Chembio Defendants therefore request that the Court stay all proceedings in this matter until further Order of Court.  The Chembio Defendants seek this relief in good faith, in the

---

[1]    Messrs. Eberly and Esfandiari were named as defendants in the Consolidated Amended Complaint (the "CAC"), which preceded the filing of the Second Consolidated Amended Complaint.

K&L GATES LLP
599 LEXINGTON AVENUE  NEW YORK  NY 10022-6030
T +1 212 536 3900  F +1 212 536 3901  klgates.com

313306062.3

interests of judicial economy, and not for purposes of delay. Lead Plaintiffs and the Underwriter Defendants consent to and join in the request for relief sought in this letter motion. The Chembio Defendants have not previously moved for a stay of this action.

Respectfully submitted,

cc: All counsel of record (via ECF)

2

August 30, 2022