UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ————————————————— x | | |
| In re CHEMBIO DIAGNOSTICS, INC. SECURITIES LITIGATION | : : : | Civil Action No. 2:20-cv-02706-ARR-JMW |
| ————————————————— | : : | CLASS ACTION |
| This Document Relates To: | : : : : : x | NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION OF THE CLASS, AND APPROVAL OF NOTICE TO THE CLASS |
| ALL ACTIONS. | | |
| ————————————————— | | |

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiffs Municipal Employees' Retirement System of Michigan, Special Situations Fund III QP, L.P., Special Situations Cayman Fund, L.P., and Special Situations Private Equity Fund, L.P. will move this Court, on a date and time as may be designated by the Court, before the Honorable Allyne R. Ross, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for entry of an order: (i) granting preliminary approval of the proposed Settlement of this putative securities class action, pursuant to Federal Rule of Civil Procedure 23(e); (ii) certifying the proposed Class for purposes of the Settlement; (iii) approving the form and manner of notice of the proposed Settlement to the Class; and (iv) setting a date for final approval thereof, and a schedule for various deadlines relevant thereto.  In support of this motion, Lead Plaintiffs submit the accompanying Memorandum of Law, Stipulation and Agreement of Settlement, and a [Proposed] Order.

DATED:  December 28, 2022        Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD


s/ David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROLNICK KRAMER SADIGHI LLP
LAWRENCE M. ROLNICK
MARC B. KRAMER
STEVEN M. HECHT
BRANDON FIERRO
JENNIFER A. RANDOLPH
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/597-2838
lrolnick@rksllp.com
shecht@rksllp.com
bfierro@rksllp.com
jrandolph@rksllp.com

Co-Lead Counsel for Lead Plaintiffs

- 1 -

<u>CERTIFICATE OF SERVICE</u>

I, David A. Rosenfeld, hereby certify that on December 28, 2022, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD