# Attachment 2

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

**December 30, 2022**

**VIA UPS OR USPS CERTIFIED MAIL**

**Class Action Fairness Act - Notice to Federal and State Officials**

TO:    All Appropriate Federal and State Officials, as defined in 28 U.S.C. §1715 (see attached Distribution List)

RE:    Notice pursuant to 28 U.S.C. §1715 of Proposed Settlement in *In re Chembio Diagnostics, Inc. Securities Litigation*, E.D.N.Y. Case No. 2:20-cv-02706-ARR-JMW (consolidated)

Dear Federal and State Officials:

Pursuant to the notification provision of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §1715, the Defendants[*] in the above-captioned action are providing you with notice of a proposed settlement (the "Proposed Settlement") of the claims alleged in *In re Chembio Diagnostics, Inc. Securities Litigation*, E.D.N.Y. Case No. 2:20-cv-02706-ARR-JMW, consolidated litigation (the "Litigation") which is pending before Judge Allyne R. Ross in the United States District Court for the Eastern District of New York.  The following information, together with the documents contained in the enclosed compact disc ("CD"), is provided by and on behalf of each Defendant.

- **Case Name:**  *In re Chembio Diagnostics, Inc. Securities Litigation,* E.D.N.Y. Case No. 2:20-cv-02706-ARR-JMW

- **Court:**  United States District Court for the Eastern District of New York

- **Documents Enclosed**:  Pursuant to CAFA, we are providing you with a CD containing certain documents in "pdf" format.  (The operative Complaint and any materials filed with the Complaint, as well as all other public filings in the Action, may also be accessed online via the Federal Public Access to Court Electronic Records ("PACER") system, available at http://www.pacer.gov.) The documents contained on the enclosed CD include the following:

---

[*]    The Defendants in the above-captioned action are Chembio Diagnostics, Inc. ("Chembio"), Richard L. Eberly, Gail S. Page, Neil A. Goldman, Javan Esfandiari, Katherine L. Davis, Dr. Mary Lake Polan, and Dr. John G. Potthoff (together with Chembio, the "Chembio Defendants") and Robert W. Baird & Co. Inc. and Dougherty & Company LLC (together with the Chembio Defendants, the "Defendants").

1

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

1. **Pursuant to 28 U.S.C. § 1715(b)(1) – Complaint, any Amended Complaints, and Any Materials Filed with Any Complaint:**

   - *Chernysh v. Chembio Diagnostics, Inc., et al.*, Class Action Complaint, E.D.N.Y. Case No. 2:20-cv-02706-ARR-JMW, filed June 18, 2020 (Dkt. No. 1)

   - *Gowen v. Chembio Diagnostics, Inc., et al.*, Complaint for Violation of the Federal Securities Laws, E.D.N.Y. Case No. 2:20-cv-02758-ARR-JMW, filed June 22, 2020 (Dkt. No. 1)

   - *Bailey v. Chembio Diagnostics, Inc., et al.*, Class Action Complaint, E.D.N.Y. Case No. 2:20-cv-02961-ARR-JMW, filed July 3, 2020 (Dkt. No. 1)

   - *Special Situations Fund III QP, L.P., et al. v. Chembio Diagnostics, Inc., et al.,* Class Action Complaint, E.D.N.Y. Case No. 2:20-cv-03753-ARR-JMW, filed August 17, 2020 (Dkt. No. 1)

   - *In re Chembio Diagnostics, Inc. Securities Litigation*, E.D.N.Y. Case No. 2:20-cv-02706-ARR-JMW, Consolidated Amended Complaint for Violations of the Federal Securities Laws, filed February 12, 2021 (Dkt. No. 64)

   - *In re Chembio Diagnostics, Inc. Securities Litigation*, E.D.N.Y. Case No. 2:20-cv-02706-ARR-JMW, Second Consolidated Amended Complaint for Violations of the Federal Securities Laws, filed July 26, 2022 (Dkt. No. 107).

2. **Pursuant to 28 U.S.C. § 1715(b)(2) - Notice of Any Scheduled Judicial Hearing.** As of the date of this notice, the Court has not yet set a date for a hearing on plaintiffs' motion for preliminary approval of the proposed settlement or a date for a final approval hearing.

3. **Pursuant to 28 U.S.C. § 1715(b)(3) – Proposed or Final Notification to Class Members:** Notifications to Class Members are attached as Exhibits A-1 and A-3 to the Stipulation and Agreement of Settlement, referenced below.

4. **Pursuant to 28 U.S.C. § 1715(b)(4) - Class Action Settlement Agreement:** The following documents are included:

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

- Notice of Unopposed Motion for Preliminary Approval of Settlement, Certification of Class, and Approval of Notice to the Class (Dkt. No.117);

- Lead Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Settlement, Certification of the Class, and Approval of Notice to the Class (Dkt. No. 117-1);

- Stipulation and Agreement of Settlement (Dkt. No. 117-2);

    o Exhibit A to Stipulation and Agreement of Settlement - [Proposed] Order Granting Preliminary Approval Pursuant to Fed. R. Civ. P. 23 and Authorizing Notice to the Class (Dkt. No. 117-2);

    o Exhibit A-1 to Stipulation and Agreement of Settlement - Notice of Pendency and Proposed Settlement of Class Action (Dkt. No. 117-2);

    o Exhibit A-2 to Stipulation and Agreement of Settlement - Proof of Claim and Release (Dkt. No. 117-2);

    o Exhibit A-3 to Stipulation and Agreement of Settlement - Summary Notice of Proposed Settlement of Class Action (Dkt. No. 117-2);

    o Exhibit B to Stipulation and Agreement of Settlement - [Proposed] Final Judgment And Order of Dismissal with Prejudice (Dkt. No. 117-2);

- [Proposed] Order Granting Preliminary Approval Pursuant to Fed. R. Civ. P. 23 and Authorizing Notice to the Class (117-3).

5.  **Pursuant to 28 U.S.C. § 1715 (b)(5) - Any Settlement or Other Agreements Contemporaneously Made:** In addition to the Stipulation and Agreement of Settlement referenced above, Lead Plaintiffs and Chembio have entered into a confidential Supplemental Agreement Regarding Requests for Exclusion, referenced in ¶ 8.3 of the Stipulation and Agreement of Settlement, which permits Chembio to terminate the Settlement in specified circumstances (the "Termination Threshold"). A copy of the Supplemental Agreement, redacted so as not to disclose the "Termination Threshold," is contained on the enclosed CD. If you wish to learn the Termination Threshold, please contact counsel for the Chembio Defendants: John W. Rotunno, K&L Gates LLP, 70 W. Madison St.,

3

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

Suite 3300, Chicago, Illinois 60602 (telephone: 312-807-4213) or Joanna A. Diakos, K&L Gates LLP, 599 Lexington Avenue, New York, New York 10022 (telephone: 212-536-4807).

6.   **Pursuant to 28 U.S.C. § 1715(b)(6) - Final Judgment or Notice of Dismissal:** As of the date of this notice, the Court has not issued a final judgment or notice of dismissal concerning the proposed settlement of the Litigation.

7.   **Pursuant to 28 U.S.C. § 1715(b)(7)(A) and (B) - Names and Estimate of Class Members:** As of the date of this notice, it is not possible for Defendants to provide the names and addresses of class members who reside in each State, or to provide a reasonable estimate of the number of class members residing in each State, or the proportionate share of the claims of such members to the entire settlement. This is because the great majority of the publicly-traded outstanding shares of Chembio common stock are held through nominees or in "street name," and therefore anonymously as to the actual beneficial owners of such shares.

8.   **Pursuant to 28 U.S.C. § 1715(b)(8) - Judicial Opinions Related to the Settlement.** As of the date of this notice, no judicial opinions have been issued relating to the materials described in 28 U.S.C. **§** 1715(b)(3)-(6).

The foregoing is provided based on information currently available to Defendants and their respective counsel, and the status of the proceedings at the time of the submission of this notice. Should you have any questions regarding this notice, the Litigation, or any of the enclosed documents, please feel free to contact counsel for the Chembio Defendants at the addresses provided above in section 5.

Very truly yours,

CAFA Notice Administrator
Enclosures

Distribution List

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Merrick B. Garland | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |
| Office of the Attorney General | Treg Taylor | 1031 W 4th Ave | Suite 200 | Anchorage | AK | 99501 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36104 |
| Office of the Attorney General | Leslie Carol Rutledge | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Mark Brnovich | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Protection Section | 455 Golden Gate Ave Suite 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway Fl 10 | Denver | CO | 80203 |
| Office of the Attorney General | William Tong | 165 Capitol Ave | | Hartford | CT | 06106 |
| Office of the Attorney General | Karl A Racine | 400 6th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Holly T Shikada | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Thomas J Miller | Hoover State Office Building | 1305 E Walnut St | Des Moines | IA | 50319 |
| Office of the Attorney General | Lawrence G Wasden | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W Randolph St | | Chicago | IL | 60601 |
| Office of the Indiana Attorney General | Todd Rokita | Indiana Government Center South | 302 W Washington St Rm 5 | Indianapolis | IN | 46204 |
| Office of the Attorney General | Derek Schmidt | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Ave Suite 118 | | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Maura Healey | 1 Ashburton Pl 20th Fl | | Boston | MA | 02108 |
| Office of the Attorney General | Brian E Frosh | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO BOX 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St Ste 1400 | | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Eric Schmitt | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| Mississippi Attorney General | Lynn Fitch | PO Box 220 | | Jackson | MS | 39205 |
| Office of the Attorney General | Austin Knudsen | 215 N Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Drew H Wrigley | 600 E Boulevard Ave Dept 125 | | Bismarck | ND | 58505 |
| Nebraska Attorney General | Doug Peterson | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | John Formella | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Matthew J Platkin | 25 Market Street | PO Box 080 | Trenton | NJ | 08625 |
| Office of the Attorney General | Hector Balderas | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Aaron Ford | 100 N Carson St | | Carson City | NV | 89701 |
| Office of the Attorney General | CAFA Coordinator | 28 Liberty Street 15th Floor | | New York | NY | 10005 |
| Office of the Attorney General | Dave Yost | 30 E Broad St Fl 14 | | Columbus | OH | 43215 |
| Office of the Attorney General | John O'Connor | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Josh Shapiro | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Mark Vargo | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Jonathan Skrmetti | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | PO Box 12548 | | Austin | TX | 78711 |
| Office of the Attorney General | Sean D Reyes | PO Box 142320 | | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Jason S Miyares | 202 N 9th St | | Richmond | VA | 23219 |
| Office of the Attorney General | Susanne R Young | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 5th Ave Ste 2000 | | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex Bldg 1 Room E 26 | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 109 State Capital | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Fainu'ulei Falefatu Ala'ilima-Utu | Executive Office Building 3rd Floor | PO Box 7 | Pago Pago | AS | 96799 |
| Attorney General Office of Guam | Leevin T Camacho | Administrative Division | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| PR Department of Justice | Domingo Emanuelli Hernández | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Denise N George | 3438 Kronprindsens Gade Ste 2 | GERS BLDG | St Thomas | VI | 00802 |